IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HARRY HAMMONDS | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-JEO-0470-W |
| SCOTTSDALE INSURANCE COMPANY, | ) |
| Defendant. | ) |

FILED 04 APR 23 AM 8:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 23 2004

## FINAL JUDGMENT

In accordance with the judgment and mandate of the Eleventh Circuit Court of Appeals on April 16, 2004, in *Harry Hammonds v. Scottsdale Insurance Company*, No. 01015223, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Plaintiff Harry Hammonds and against Defendant Scottsdale Insurance Company on the breach of contract claim in the amount of $14,717.13.

Costs are taxed against the defendant.

**DONE**, this the 22nd day of April, 2004.

JOHN E. OTT
United States Magistrate Judge